McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

AUG 14 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 420-4511 | 2:18-SW-0137 DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 420-4511 | 2:18-SW-0413 CKD |
| 8755 DEER CREEK CIRCLE, STOCKTON, CALIFORNIA, 95210 | 2:18-SW-0421 AC |
| 973 Green Ridge Drive, Stockton, California, 95209 | 2:18-SW-0422 AC |
| 4030 East Morada Lane, #2206, Stockton, California, 95212 | 2:18-SW-0423 AC |
| Orange Chevrolet Monte Carlo previously driven by Christian Orozco | 2:18-SW-0424 AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 8-14-2018

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS